**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER OF REFERRAL TO MEDIATION**

| | |
|---|---|
| Appellate case: | *Maxine Adams and Cecil Adams v. Rebecca Ross* |
| Appellate case number: | 01-11-00098-CV |
| Trial court case number: | 980, 231 |
| Trial court: | County Court at Law No. 1 of Harris County, Texas |

-and-

| | |
|---|---|
| Appellate case: | *Maxine Adams and Cecil Adams v. Rebecca Ross* |
| Appellate case number: | 01-11-00552-CV |
| Trial court case number: | 2010-12207 |
| Trial court: | 269th District Court of Harris County, Texas |

Upon appellee Rebecca Ross's motions to compel arbitration in above-referenced cases, the Court determines that the motions should be granted and that it is appropriate to refer these appeals for resolution by mediation. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.021, .022(a), .023 (West 2011). Accordingly, the Court **grants** appellee's motions to compel mediation in the above-referenced appeals, **abates** these appeals, and **orders** that the appeals be referred to mediation unless any party to the appeals files an objection with the Clerk of this Court within **10 days** after receiving this order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.021(b) (West 2011).

The parties shall choose a qualified mediator and agree on a reasonable fee for the mediator's services or they shall engage the free mediation services of the Dispute Resolution Center of Harris County. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.052, .054(a) (West 2011).[1] When the parties notify the Clerk of the name of the mediator, that person shall be

---

[1] The Court does not recommend mediators. Mediation information and free mediation services are available from the Dispute Resolution Center of Harris County ((713) 755-8274 and http://www.harriscountytx.gov/drc). Additional information is also available

deemed appointed by the Court. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.051(West 2011). The parties should provide the mediator with a completed "Notification to Mediator" and the "Appointment and Fee Report" form. These documents can be downloaded from the forms page of the Court's website at http://www.1stcoa.courts.state.tx.us.

The Court sets the following deadlines:

- No later than **10 days** from the date this order is issued, the parties shall file with the Clerk a completed "Parties' Notification to Court of Mediator." This document can be downloaded from the forms page of the Court's website at http://www.1stcoa.courts.state.tx.us.

- No later than **30 days** from the date this order is issued, the parties shall conduct the mediation.

- No later than **2 days** from the conclusion of the mediation, the parties and the mediator shall advise the Clerk in writing whether the parties did or did not settle the underlying dispute, and the mediator shall file with the Clerk a completed "Appointment and Fee Report" form. This document can be downloaded from the forms page of the Court's website at http://www.1stcoa.courts.state.tx.us.

All parties, or their representative with full settlement authority, shall attend the mediation with their counsel. The mediator shall encourage and assist the parties in reaching a settlement of their dispute, but may not compel or coerce the parties to enter into a settlement agreement. TEX. CIV. PRAC. & REM. CODE ANN. § 154.053(a) (West 2011). All communications relating to the mediation are confidential and not subject to disclosure, except as set forth by law. TEX. CIV. PRAC. & REM. CODE ANN. § 154.073 (West 2011). The Clerk, however, will file this order, any objection to this order, and the completed "Parties' Notification to Court of Mediator" and "Appointment and Fee Report" forms with the other documents filed in these two appeal that are available for public inspection.

Unless expressly authorized by the disclosing party, the mediator may not disclose to either party information given in confidence by the other and shall at all times maintain confidentiality with respect to communications relating to the subject matter of the dispute. TEX. CIV. PRAC. & REM. CODE ANN. § 154.053(b) (West 2011). Unless the parties agree otherwise, all matters, including the conduct and demeanor of the parties and their counsel during the settlement process, are confidential and may never be disclosed to anyone, including this Court. TEX. CIV. PRAC. & REM. CODE ANN. § 154.053(c) (West 2011).

---

from the Fort Bend Dispute Resolution Center ((281) 342-5000), the Alternative Dispute Resolution Section of the State Bar of Texas (http://www.texasadr.org/), and other groups. The parties are not required to use a mediator recommended or listed by these groups.

2

The Court will consider the agreed fee for the mediator's services, if any, to be reasonable and tax that fee, if any, as a cost of these appeals unless the parties agree to another method of payment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.054 (West 2011).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

    ☑ Acting individually    ☐ Acting for the Court

Panel consists of_____

Date: November 2, 2012